IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD J. PANNOZZI, PAOLA BALDOMAR, MEREDITH BRANDT, MONICA DEPINA, MEGHAN KONOPKA, JOAN RATCLIFFE, and RENEE TRIGUEIRO, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br> v.<br><br>DELOITTE CONSULTING LLP,<br><br>    Defendant. | CASE NO. 1:24-cv-00524-MRD-LDA |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Plaintiffs and Defendant, pursuant to the Court's June 23, 2025 Order, hereby notify the Court that following a mediation held on August 19, 2025, the Parties have reached an agreement in principle on the material terms of a settlement to resolve and release on a classwide basis all claims alleged in this action. The settlement is conditioned on the parties executing a written settlement agreement which will be the subject of Plaintiffs' motion for preliminary approval to be filed within 45 days of today. Based on the foregoing, the Parties request the Court continue the stay of all deadlines pending preliminary and final approval of the settlement.

Dated: August 25, 2025.                                    Respectfully submitted,

| | |
|---|---|
| */s/ Jeff Ostrow*<br>Jeff Ostrow (admitted *pro hac vice*)<br>**KOPELOWITZ OSTROW P.A.**<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301<br>Tel: (954) 332-4200<br>ostrow@kolawyers.com<br><br>*/s/ Danielle L. Perry* | */s/ Phyllis B. Sumner*<br>Phyllis B. Sumner (Pro Hac Vice)<br>Elizabeth D. Adler (Pro Hac Vice)<br>J. Matthew Brigman (Pro Hac Vice)<br>**KING & SPALDING LLP**<br>1180 Peachtree Street NE, Suite 1600<br>Atlanta, GA 30309<br>Tel: (404) 572-4799<br>Fax: (404) 572-5100 |

<table>
<tr><td>

Danielle L. Perry (admitted *pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tele: (202) 429-2290
dperry@masonllp.com

*Interim Co-Lead Class Counsel*

</td><td>

psumner@kslaw.com
eadler@kslaw.com
mbrigman@kslaw.com

Jeffrey S. Brenner (#4369)
Erik C. Lindstedt (#10522)
**NIXON PEABODY LLP**
One Citizens Plaza, 5th Floor
Providence, RI  02903
Tel: (401) 454-1042
Fax: (866) 947-0883
jbrenner@nixonpeabody.com
elindstedt@nixonpeabody.com

*Counsel for Defendant*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 25, 2025, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

               */s/ Jeff Ostrow*
               Jeff Ostrow

4937-6631-2547, v. 1